Attorneys for Plaintiff, ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>W.L. HICKEY SONS, INC., a California corporation; ARCH SPECIALTY INSURANCE AGENCY, INC., a Missouri corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 15-cv-03696-JSW<br>[Hon. Jeffrey S. White]<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Given the Notice of Settlement [Dkt. 14] filed by Plaintiff herein, the Initial Case Management Conference scheduled for November 13, 2015:

1. - is vacated;
2. - is continued to <u>December 18, 2015</u> at 11:00 a.m. so as to accomplish the finalization of
3. the settlement and dismissal of this action prior thereto.
4. IT IS SO ORDERED.

Dated: <u>October 9, 2015</u>

*Jeffrey S. White*
Hon. Jeffrey S. White